IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN MICHAEL DEJESUS,

     Appellant,

  v.

Case No.  5D22-0309
LT Case No. 2014-CF-006216-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 14, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Bob Leblanc, Judge.

Patrick Michael Megaro, of Halscott
Megaro, P.A., Winter Park, for Appellant.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


COHEN, WALLIS and EDWARDS, JJ., concur.